UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

    V.

**JOSE SANTOS BUENO**

    Defendant

**MJ # 04-1820**

## APPOINTMENT OF FEDERAL DEFENDER

**Page Kelly**

The financial inability of the defendant to retain counsel having been established by the Court, and the defendant not having waived the appointment of counsel.

It is hereby ORDERED that the Federal Defender Office for the District of Massachusetts be appointed, effective as of **AUGUST 13, 2004** to represent said defendant in this cause until further order of the Court.

    TONY ANASTAS
    CLERK OF COURT

    By:    /s/ Maria Simeone
            Courtroom Deputy
            The Honorable Lawrence P. Cohen

DATE: August 16, 2004

(Appt Fed def.wpd - 11/98)        [koapptpd.]