UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Criminal No.
04-1820-CBS

UNITED STATES OF AMERICA

v.

JOSE SANTOS BUENO
ENRIQUE MALAGON-LARA

ORDER OF DETENTION

August 18, 2004

COHEN, M.J.

After hearing, this court having determined the existence of probable cause within the meaning of Rule 5.1, F.R. Crim. P., and having consented to an order of detention with prejudice to reconsideration on motion duly filed[1] -

IT IS ORDERED that the defendants be DETAINED pending trial, and it is further Ordered--

(1) That the defendants be committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

---

[1] As indicated in open court, unless exigent circumstances warrant otherwise, the detention hearing shall be held before Judge Swartwood, to whom the relevant papers are, this date, being forwarded.

(2) That the defendants be afforded a reasonable opportunity for private consultation with counsel; and

(3) On order of a court of the United States or on request by an attorney for the government, the person in charge of the corrections facility in which the defendants are detained and confined deliver the defendants to an authorized Deputy United States Marshal for the purpose of any appearance in connection with a court proceeding.

_____
UNITED STATES MAGISTRATE JUDGE