UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 04-1820-CBS |
| | ) | |
| JOSE SANTOS BUENO | ) | |

## MOTION TO ARREST, DETAIN AND DEPOSE MATERIAL WITNESSES

Defendant Jose Santos Bueno, through counsel, respectfully moves under Rule 15 of the Federal Rules of Criminal Procedure and 18 U.S.C. § 3144 that this Court order the United States Marshals Office to arrest and detain certain individuals until they can be deposed as material witnesses. The defendant further requests that this Court order the government to notify counsel as to the location of the individuals. For the reasons for this request see the affidavit of counsel, attached.

JOSE SANTOS BUENO
By his attorney,

/s/ Page Kelley
Page Kelley
  B.B.O. #548237
Federal Defender Office
408 Atlantic Avenue, 3rd Floor
Boston, MA  02110
Tel: 617-223-8061

UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CRIMINAL NO. 04-1820-CBS |
| ) | |
| JOSE SANTOS BUENO ) | |

AFFIDAVIT OF COUNSEL IN SUPPORT OF MOTION
TO ARREST, DETAIN AND DEPOSE MATERIAL WITNESSES

I, Page Kelley, depose and state:

1. I am an Assistant Federal Public Defender and I represent the above defendant, Jose Santos Bueno.

2. Mr. Bueno was arrested on August 13, 2004. A criminal complaint has been filed charging Mr. Bueno with the transportation of undocumented aliens. 8 U.S.C. § 1324 (a)(1)(A)(ii). At the time of his arrest, the defendant allegedly was the driver of a van which contained seven Brazilian citizens. These persons are named in the complaint, paragraph 11.

3. The seven Brazilians are material witnesses in that they are eyewitnesses, alleged by the government to have been passengers transported by the defendant. The defendant requires access to these material witnesses in order to prepare his defense.

4. In addition, the complaint refers to seven other passengers who were allegedly "dropped off at various locations." See complaint paragraph 13. If and when these witnesses are located, the defendant also requires access to them.

5. The defendant does not know if the government has detained the seven persons found in the van at the time of the defendant's arrest. Counsel called the Marshals to see if any of these persons were detained and the Marshals do not have records concerning them. Based on information and belief, if they are Brazilian citizens without legal authorization to be in the United States, then they are in the process of being deported, or have already been deported from the United States.

6. Based on the above, the presence of these witnesses could not be required by subpoena of the court system of the United States, and securing such presence by subpoena would become impracticable.

7. The defendant therefore requests that the seven passengers found in the van be detained as witnesses for further proceedings in this case and that reasonable bail be set pursuant to Title 18, United States Code, Sections 3144 and 3142. The defendant further requests that if any of the other seven passengers who were "dropped off" before the van was stopped are apprehended by the government, that the government notify the defendant and that those persons be detained for the same reasons.

Signed under pains and penalties of perjury:

/s/ Page Kelley

Date: September 3, 2004

UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 04-1820-CBS |
| | ) | |
| JOSE SANTOS BUENO | ) | |

ORDER TO ARREST, DETAIN AND DEPOSE MATERIAL WITNESSES

TO THE UNITED STATES MARSHAL:

You are hereby ordered to arrest, detain and depose the following material witnesses in connection with the above-named case:

(1) Creusa Maria Nunes DeOliveira

(2) Rozinei Caitano DaSilva

(3) Marcio Rodrigues DosSantos

(4) Weber Faria

(5) Carlos Alberto Moreira

(6) Arnaldo Sebastiao Simoes

(7) Edilson Emido DaSilva

(8) Ronaldo S. Mello

(9) Jarmo Silva

(10)  Joao Batista

(11) Erick HinoJosa

(12) Juan Flores

(13) Edgar Siles

(14) Patrick Santos

DATE: _____

_____
United States Magistrate Judge